THE PEOPLE'S SAFE DEPOSIT AND SAVINGS INSTITUTION OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS BUCHANAN, Jr., Appellant.

Argued June 6, 1876 ; decided June 13, 1876.)

*A. M. Beardsley* for the appellant

*W. Kernan* for the respondent.

Agree to affirm.  No opinion.
All concur.
Order affirmed.